FILED
September 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002954472

1  PROBER & RAPHAEL, A LAW CORPORATION
2  DEAN R. PROBER, ESQUIRE, #106207
   LEE S. RAPHAEL, ESQUIRE #180030
3  CASSANDRA J. RICHEY, ESQUIRE #155721
   DAVID F. MAKKABI, ESQUIRE #249825
4  20750 Ventura Boulevard, Suite 100
   Woodland Hills, California 91364
5  (818) 227-0100
6  Attorney for National Default Servicing Corporation
   F.040-2026
7
                    UNITED STATES BANKRUPTCY COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
10  In re                                    Bk. No. 10-91262

11  DUANE DUDLEY AKA                         Chapter 13
    DUANE WILLIAM DUDLEY, JR. AND
12  GRACE DUDLEY AKA                         NOTICE OF APPEARANCE
    GRACIELA RUIZ DUDLEY,
13
14      Debtors.

15  _____/

16
            National Default Servicing Corporation, its assignees and/or successors in
17
    interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these
18
    proceedings on behalf of National Default Servicing Corporation.  The undersigned hereby
19
    requests that any pleadings and documents that National Default Servicing Corporation is
20
    entitled to, be mailed to said attorneys addressed as follows:
21
                    **PROBER & RAPHAEL, A LAW CORPORATION**
22                          **20750 Ventura Boulevard, Suite 100**
                            **Woodland Hills, California 91364**
23
24
    Dated: September 21, 2010           By /s/ David F. Makkabi
25                                         David F. Makkabi, Esquire #249825
26
27
28

                                        1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Danielle Seth-Hunter, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On September 27, 2010, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Duane Dudley
Grace Dudley
3612 Chandra Ct.
Ceres, CA 95307
Debtors

Thomas O. Gillis, Esquire
1006 H Street #1
Modesto, CA 95354
Attorney for Debtors

Russell D. Greer
P. O. Box 3051
Modesto, CA 95353-3051
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2010, at Woodland Hills, California.

<u>/s/ *Danielle Seth-Hunter*</u>

2